# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LYNDALL ANTHONY GOLDEN**                                              **PLAINTIFF**
**ADC # 110206**

**V.**                    **CASE NO.: 5:09CV00116 JMM/BD**

**SUSAN POTTS, et al.**                                                **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Partial Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's motion for preliminary injunction (docket entry #47) is DENIED.

IT IS SO ORDERED, this 1st day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE