IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LYNDALL ANTHONY GOLDEN**                                                     **PLAINTIFF**
**ADC # 110206**

V.            **CASE NO.: 5:09CV00116 JMM/BD**

**SUSAN POTTS, et al.**                                                                 **DEFENDANTS**

## ORDER

      The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

      Defendants' Motion for Summary Judgment (docket entry #59) is GRANTED. Plaintiff's pending claims are DISMISSED WITH PREJUDICE.

      IT IS SO ORDERED, this 19th day of February, 2010.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE