IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LYNDALL ANTHONY GOLDEN**                                        **PLAINTIFF**
**ADC # 110206**

V.             CASE NO.: 5:09CV00116 JMM/BD

**SUSAN POTTS, et al.**                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 19th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE